# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DIOR EMFINGER, | ) | |
| Appellant, | ) | |
| | ) | |
| V. | ) | C.A. No.: N16A-04-007(ALR) |
| | ) | |
| DIVISION OF UNEMPLOYMENT | ) | |
| INSURANCE, | ) | |
| AND UNEMPLOYMENT INSURANCE | ) | |
| APPEALS BOARD, | ) | |
| Appellees. | ) | |

## ORDER OF REMAND

**WHEREFORE,** the Court hereby finds that justice requires remand to the Division of Unemployment Insurance for consideration of the issues on the merits consistent with the strong policy in favor of deciding cases on the merits as opposed to technical grounds.[1]

**AND NOW, this 4th day of January, 2017, IT IS HEREBY ORDERED** that this case is remanded to the Division of Unemployment Insurance.

*Andrea L. Rocanelli*
_____
Hon. Andrea L. Rocanelli

---

[1] *Keener v. Isken*, 58 A.3d 407, 409 (Del. 2013).